IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOFIA BAHENA ORTUÑO, et al.,<br><br>　　　　Petitioners-Plaintiffs,<br><br>　v.<br><br>DAVID JENNINGS, et al.,<br><br>　　　　Respondents-Defendants. | Case No. 20-cv-02064-MMC<br><br>**ORDER DEEMING MOTION FOR TEMPORARY RESTRAINING ORDER SUBMITTED IN PART; DIRECTING RESPONDENTS TO SUPPLEMENT OPPOSITION AS TO TWO PETITIONERS** |

　　　　Before the Court is petitioners' Motion, filed March 24, 2020, for a Temporary Restraining Order.  Respondents have filed opposition, to which petitioners have replied; in addition, with leave of court, respondents have filed two supplemental declarations, to which petitioners have filed their objections.

　　　　Having read and considered the above-referenced papers filed in support of and in opposition to the motion, the Court hereby deems the matter suitable for decision on the parties' respective written submissions as to ten of the twelve petitioners, and will issue its decision by separate order.

　　　　As to two petitioners, specifically, Olvin Said Torres Murillo ("Torres") and Mauricio Ernesto Quinteros Lopez ("Quinteros"), the Court finds the information provided requires clarification.

　　　　First, as to Torres, although his visa was revoked over a year ago, after issuance by INTERPOL of a "Red Notice identifying [Torres] as a fugitive sought for criminal prosecution for murder in Honduras" (see Order Denying Petition for Writ of Habeas Corpus, filed October 23, 2019, Torres v. Barr, Civil Case No. 19-5676 SK, Doc. No. 16 at 1:24-25), the record does not indicate whether Honduras has requested extradition of

Torres. Accordingly, the government is hereby DIRECTED to file, no later than noon, April 8, 2020, a supplement to its opposition setting forth the status of extradition proceedings, if any.

Second, as to Quinteros, although the government states he was detained on March 5, 2020, and that "ICE detained him without bond under INA § 236(a) based on reliable information at the time that he is an active member of the MS-13 gang" (see Bonnar Decl. ¶ 13), it does not appear the Immigration Judge's decision, issued March 19, 2020, to detain Quinteros without bond was based on such information (see Patel Decl. ¶¶ 6-7). Accordingly, the government is hereby DIRECTED to file, no later than noon, April 8, 2020, a supplement to its opposition setting forth whether, ICE, at this time, has cause to believe Quinteros is an active member of MS-13, and, if so, the basis for such determination; in addition, the government shall indicate the results of the removal hearing that was scheduled for March 31, 2020.

**IT IS SO ORDERED.**

Dated: April 3, 2020

MAXINE M. CHESNEY
United States District Judge