IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOFIA BAHENA ORTUÑO, et al.,<br>Plaintiffs,<br>v.<br>DAVID JENNINGS, et al.,<br>Defendants. | Case No. 20-cv-02064-MMC<br><br>**ORDER RE: JOINT STATEMENT REGARDING RELEASE CONDITIONS** |

Before the Court is the parties' Joint Statement Regarding Release Conditions, filed April 10, 2020, whereby the parties set forth their respective positions as to whether the Court should impose conditions of release in addition to those set forth in the Court's order of April 8, 2020. Having read and considered the Joint Statement, the Court rules as follows.

The Court finds good cause exists to incorporate in its orders of release the additional conditions requested by respondents, as set forth in the Joint Statement on page 5, lines 10-14, specifically, (1) that petitioners be subject to the Immigration and Customs Enforcement's ("ICE") usual orders of release and (2) that petitioners may, at ICE's election, be monitored by GPS.

The Court does not find good cause has been shown for imposition of the proposed additional conditions requested by respondents, as set forth in the Joint Statement on page 5, lines 4-9, specifically, (1) that ICE may, without advance notice to the Court or petitioners, re-detain a petitioner who violates a condition of release, and (2) that ICE may, without advance notice to the Court or petitioners, re-detain a petitioner who is subject to a final order of removal and as to whom a travel document is obtained.

If respondents are of the view that a petitioner has violated a condition of release or it obtains a travel document for a petitioner who is subject to a final order of removal, they may move the Court for reconsideration of the order of release.

**IT IS SO ORDERED.**

Dated: April 13, 2020

MAXINE M. CHESNEY
United States District Judge