IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOFIA BAHENA ORTUÑO, et al., <br> Plaintiffs, <br> v. <br> DAVID JENNINGS, et al., <br> Defendants. | Case No. 20-cv-02064-MMC <br><br> **ORDER OF RELEASE AS TO PETITIONER J ELIAS SOLORIO LOPEZ** |

For the reasons stated by the Court in its order issued April 8, 2020, respondents shall, no later than 2:00 p.m., on April 14, 2020, release petitioner J Elias Solorio Lopez from the custody of the United States Immigration and Customs Enforcement ("ICE"), pending further order of the Court, and subject to the following conditions of release:

1. Petitioner is to reside and shelter in place at 13067 El Dorado Avenue, Sylmar, California, 91342.

2. Petitioner shall be transported from the Mesa Verde Detention Center, first to the office of his parole officer at 344 W. 5th Street, Hanford, California, 93230, and from there directly to the above-identified residence in Sylmar, by his daughter Maria Angelica Garcia.

3. Pending further order of the Court, petitioner shall not leave the residence where he will shelter in place, except to obtain medical care, to appear at immigration court proceedings, or to obey any order issued by the Department of Homeland Security ("DHS").

4. Petitioner shall not violate any federal, state, or local law.

5. Petitioner shall comply with the usual conditions of release set forth in ICE's

order of own recognizance, and if petitioner becomes subject to a final order of removal, he shall comply with the usual conditions of release set forth in ICE's order of supervision.

6. At the election of DHS and/or ICE, petitioner's whereabouts may be monitored by telephonic and/or electronic and/or GPS monitoring.

**IT IS SO ORDERED.**

Dated: April 13, 2020

MAXINE M. CHESNEY
United States District Judge