IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SOFIA BAHENA ORTUÑO, et al.,

Plaintiffs,

v.

DAVID JENNINGS, et al.,

Defendants.

Case No. 20-cv-02064-MMC

**ORDER OF RELEASE AS TO PETITIONER GENNADY V. LAVRUS**

For the reasons stated by the Court in its order issued April 8, 2020, respondents shall, no later than 2:00 p.m., on April 14, 2020, release petitioner Gennady V. Lavrus from the custody of the United States Immigration and Customs Enforcement ("ICE"), pending further order of the Court, and subject to the following conditions of release:

1. Petitioner is to reside and shelter in place at 815 Bryte Avenue #23, West Sacramento, California, 95605.

2. Petitioner shall be transported from the Yuba County Jail directly to said residence by either one of his sponsors, namely, Richard Sergey Krasovsky or Vera Krasovsky.

3. Pending further order of the Court, petitioner shall not leave the residence where he will shelter in place, except to obtain medical care, to appear at immigration court proceedings, or to obey any order issued by the Department of Homeland Security ("DHS").

4. Petitioner shall not violate any federal, state, or local law.

5. Petitioner shall comply with the usual conditions of release set forth in ICE's order of supervision.

6. At the election of DHS and/or ICE, petitioner's whereabouts may be monitored by telephonic and/or electronic and/or GPS monitoring.

**IT IS SO ORDERED.**

Dated: April 13, 2020

MAXINE M. CHESNEY
United States District Judge