| | |
|---|---|
| WILLIAM S. FREEMAN (SBN 82002) | MANOHAR RAJU (SBN 193771) |
| wfreeman@aclunc.org | Public Defender |
| SEAN RIORDAN (SBN 255752) | MATT GONZALEZ (SBN 153486) |
| sriordan@aclunc.org | Chief Attorney |
| ANGÉLICA SALCEDA (SBN 296152) | FRANCISCO UGARTE (CA SBN 241710) |
| asalceda@aclunc.org | francisco.ugarte@sfgov.orga |
| AMERICAN CIVIL LIBERTIES UNION | GENNA ELLIS BEIER (CA SBN 300505) |
| FOUNDATION OF NORTHERN | genna.beier@sfgov.org |
| CALIFORNIA | EMILOU H. MACLEAN (CA SBN 319071) |
| 39 Drumm Street | emilou.maclean@sfgov.org |
| San Francisco, CA 94111 | OFFICE OF THE PUBLIC DEFENDER |
| Telephone: (415) 621-2493 | SAN FRANCISCO |
| Facsimile: (415) 255-8437 | 555 Seventh Street |
| | San Francisco, CA 94103 |
| *Attorneys for Petitioners-Plaintiffs* | Direct: 415-553-9319 |
| Additional Counsel Listed on Following Page | Fax:    415-553-9810 |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| Sofia Bahena Ortuño; Gennady Valeryevich Lavrus; Claude Bent; Charles Joseph; Salomon Medina Calderon; Ricardo Vasquez Cruz; J Elias Solorio Lopez; Olvin Said Torres Murillo; Julio Cesar Buendia Alas; Marco Montoya Amaya; Mauricio Ernesto Quinteros Lopez; Roxana del Carmen Trigueros Acevedo; Ernesto Ambrocio Uc Encarnacion; <br><br> Petitioners-Plaintiffs, <br><br> v. <br><br> DAVID JENNINGS, Acting Director of the San Francisco Field Office of U.S. Immigration and Customs Enforcement; MATTHEW T. ALBENCE, Deputy Director and Senior Official Performing the Duties of the Director of the U.S. Immigration and Customs Enforcement; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, <br><br> Respondents-Defendants. | Case No. 3:20-CV-02064-MMC <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION RE PETITIONERS MEDINA CALDERON, LAVRUS, JOSEPH AND SOLORIO LOPEZ** <br><br> JUDGE: MAXINE M. CHESNEY |

BREE BERNWANGER* (NY SBN 5036397)
bbernwanger@lccrsf.org
TIFANEI RESSL-MOYER (SBN 319721)
tresslmoyer@lccrsf.org
HAYDEN RODARTE (SBN 329432)
hrodarte@lccrsf.org
LAWYERS' COMMITTEE FOR
CIVIL RIGHTS OF
SAN FRANCISCO BAY AREA
131 Steuart St #400
San Francisco, CA 94105
Telephone: (415) 814-7631

JUDAH LAKIN (SBN 307740)
judah@lakinwille.com
AMALIA WILLE (SBN 293342)
amalia@lakinwille.com
LAKIN & WILLE LLP
1939 Harrison Street, Suite 420
Oakland, CA 94612
Telephone: (510) 379-9216
Facsimile: (510) 379-9219

JORDAN WELLS (SBN 326491)
jwells@aclusocal.org
STEPHANIE PADILLA (SBN 321568)
spadilla@aclusocal.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF SOUTHERN
CALIFORNIA
1313 West Eighth Street
Los Angeles, CA 90017
Telephone: (213) 977-9500
Facsimile: (213) 977-5297

*Attorneys for Petitioners-Plaintiffs*
*Motion for Admission *Pro Hac Vice*
Pending

In its Order re: Petitioners' Motion for Temporary Restraining Order; Directions to Parties (ECF 38), the Court granted Petitioners' Motion for Temporary Restraining Order to the extent it was brought on behalf of Petitioners Medina Calderon, Lavrus, Joseph, and Solorio Lopez and directed Respondents to show cause, within fourteen days, why a preliminary injunction should not issue as to these Petitioners. In subsequent orders, after considering additional submissions from the parties, the Court set conditions for the release of these four petitioners. ECF 44, 45, 46, 47. Respondents filed their Response to Order to Show Cause (ECF 61) and Petitioners filed their Reply in Support of Preliminary Injunction (ECF __.)

Upon review of all of the material submitted by the parties in support of the Motion for Temporary Restraining Order and in response to the order to show cause, Plaintiffs' Motion for Preliminary Injunction is GRANTED as to these four Petitioners. Pursuant to Rule 65 of the Federal Rules of Civil Procedure, the Court orders as follows:

**PRELIMINARY INJUNCTION**

The Court finds that Plaintiffs have demonstrated that they are likely to succeed on the merits of their claim that their detention violates the Fifth Amendment's Due Process Clause. In light of the exceptional risks posed by COVID-19, Plaintiffs' continued detention imposes harm that is not reasonably related to a legitimate governmental objective. *Jones v. Blanas*, 393 F.3d 918 (9th Cir. 1994). In light of the unconstitutional conditions of their confinement, release through habeas is the appropriate remedy. The Court further finds that Plaintiffs are likely to suffer irreparable harm in the absence of injunctive relief, that the balance of equities tips in their favor under the exceptional circumstances of this case, and that an injunction is in the public interest. *Winter v. Natural Resources Defense Council, Inc.*, 555 U.S. 7 (2008). In addition, Plaintiffs have raised serious questions going to the merits and the balance of hardships tilts sharply in their favor. *All. for the Wild Rockies v. Cottrell*, 632 F.3d 1127, 1131 (9th Cir. 2011).

Based on these findings, the Court orders that:

1. Petitioners Medina Calderon, Lavrus, Joseph, and Solorio Lopez shall remain released from detention under the conditions of release previously ordered by the Court;

2. If any party wishes to seek a change in the conditions of release, or to re-detain a Petitioner, it may move the Court for such relief.

3. No security shall be required.

IT IS SO ORDERED.

Dated this ___ day of April 2020

_____
MAXINE M. CHESNEY
United States District Judge