| | |
|---|---|
| WILLIAM S. FREEMAN (SBN 82002) | MANOHAR RAJU (SBN 193771) |
| wfreeman@aclunc.org | Public Defender |
| SEAN RIORDAN (SBN 255752) | MATT GONZALEZ (SBN 153486) |
| sriordan@aclunc.org | Chief Attorney |
| AMERICAN CIVIL LIBERTIES UNION | FRANCISCO UGARTE (SBN 241710) |
| FOUNDATION OF NORTHERN | francisco.ugarte@sfgov.orga |
| CALIFORNIA | GENNA ELLIS BEIER (SBN 300505) |
| 39 Drumm Street | genna.beier@sfgov.org |
| San Francisco, CA 94111 | OFFICE OF THE PUBLIC DEFENDER |
| Telephone: (415) 621-2493 | SAN FRANCISCO |
| Facsimile: (415) 255-8437 | 555 Seventh Street |
| | San Francisco, CA 94103 |
| *Attorneys for Petitioners-Plaintiffs* | Direct: 415-553-9319 |
| Additional Counsel Listed on Following Page | Fax:   415-553-9810 |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| Sofia Bahena Ortuno; Gennady Valeryevich Lavrus; Charles Joseph; Salomon Medina Calderon; Ricardo Vasquez Cruz; J Elias Solorio Lopez; Olvin Said Torres Murillo; Julio Cesar Buendia Alas; Marco Montoya Amaya; Mauricio Ernesto Quinteros Lopez; Roxana del Carmen Trigueos Acevedo; Ernesto Ambrocio Uc Encarnacio; Gennady Valeryevich Lavrus,<br><br>Petitioners-Plaintiffs,<br><br>v.<br><br>DAVID JENNINGS, Acting Director of the San Francisco Field Office of U.S. Immigration and Customs Enforcement; MATTHEW T. ALBENCE, Deputy Director and Senior Official Performing the Duties of the Director of the U.S. Immigration and Customs Enforcement; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>Respondents-Defendants. | Case No. 3:20-CV-02064-MMC<br><br>**STIPULATION AND [PROPOSED] ORDER GRANTING MOTION TO SHORTEN TIME**<br><br>**(CIVIL L.R. 6-1(b))**<br><br>JUDGE:   MAXINE M. CHESNEY |

BREE BERNWANGER (SBN 331731)
bbernwanger@lccrsf.org
TIFANEI RESSL-MOYER (SBN 319721)
tresslmoyer@lccrsf.org
HAYDEN RODARTE (SBN 329432)
hrodarte@lccrsf.org
LAWYERS' COMMITTEE FOR
CIVIL RIGHTS OF
SAN FRANCISCO BAY AREA
131 Steuart St #400
San Francisco, CA 94105
Telephone: (415) 814-7631

JUDAH LAKIN (SBN 307740)
judah@lakinwille.com
AMALIA WILLE (SBN 293342)
amalia@lakinwille.com
LAKIN & WILLE LLP
1939 Harrison Street, Suite 420
Oakland, CA 94612
Telephone: (510) 379-9216
Facsimile: (510) 379-9219

JORDAN WELLS (SBN 326491)
jwells@aclusocal.org
STEPHANIE PADILLA (SBN 321568)
spadilla@aclusocal.org
MICHAEL KAUFMAN (SBN 254575)
mkaufman@aclusocal.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF SOUTHERN
CALIFORNIA
1313 West Eighth Street
Los Angeles, CA 90017
Telephone: (213) 977-9500
Facsimile: (213) 977-5297

*Attorneys for Petitioners-Plaintiffs*

WHEREAS, in orders issued in April 2020, the Court ordered the release of Salomon Medina Calderon, Gennady V. Lavrus, Charles Joseph, J Elias Solorio Lopez, Olvin Said Torres Murillo, and Mauricio Ernesto Quinteros Lopez from ICE detention; and

WHEREAS, the orders releasing these six plaintiffs—issued at a time when the State of California had directed all persons living in the state to stay home—included the following condition as to each released individual: "Pending further order of the Court, petitioner shall not leave the residence where he will shelter in place, except to obtain medical care, to appear at immigration court proceedings, or to obey any order issued by the Department of Homeland Security." Dkt. 38 at 9; Dkt. 51 at 4; and

WHEREAS, as to Mr. Quinteros Lopez, the Court also ordered that he abstain from driving. Dkt. 54 at 2; and

WHEREAS, the plaintiffs have asked the defendants to stipulate to lifting these conditions, and the defendants have refused; and

WHEREAS, the plaintiffs filed a stipulated administrative motion to set a joint status conference to present their respective positions for consideration by the Court, Dkt. 79; and

WHEREAS, the Court denied the plaintiffs' administrative motion to set a joint status conference and directed the plaintiffs to "file a motion, noticed for hearing 'not less than 35 days after filing,' see Civil L.R. 7-2(a), and, if plaintiffs believe good cause exists to hear the motion on shortened time, they shall file in conjunction therewith a motion to shorten time, see Civil L.R. 6-1(b)"; and

WHEREAS, the plaintiffs proposed to the defendants a timeline that would have had the Court hear their motion to modify the plaintiffs' conditions of release on February 19, 2021, but the defendants requested additional time to respond to the motion on account of an agency attorney's planned absence from work the week of February 15; and

WHEREAS, the parties negotiated a mutually agreeable schedule whereby the plaintiffs would file their motion to modify the plaintiffs' conditions of release by 12 PM Pacific on

3
STIPULATION AND [PROPOSED] ORDER GRANTING MOTION TO SHORTEN TIME

February 12, 2021, the defendants would file their opposition on February 24, the plaintiffs would file their reply three business days later on March 1, and the Court would hear the motion on March 5, or as soon thereafter as may be convenient for the Court; and

WHEREAS, the parties agree that shortening the time to brief and hear this motion is warranted in light of the parties' attempts over several weeks to determine if the issue presented could be resolved without a motion and the parties' current interests in promptly seeing that issue determined by the Court.

## STIPULATION

NOW, THEREFORE, the parties, through their undersigned counsel, STIPULATE and AGREE, and request the Court to order that the defendants file their opposition to the plaintiffs' motion to modify their conditions of release on February 24, the plaintiffs file their reply on or before March 1, and the Court would hear the motion on March 5, or as soon thereafter as may be convenient for the Court.

Dated: February 16, 2021    Respectfully submitted,

/s/ Jordan Wells
Jordan Wells
*Attorney for Petitioners/Plaintiffs*

Dated: February 12, 2021    /s/ Sara Winslow
Sara Winslow
U.S. Attorney's Office
*Attorney for Respondents-Defendants*

## [PROPOSED] ORDER

Pursuant to stipulation, IT IS SO ORDERED, and, unless the parties are otherwise advised, the Court will hear the matter on March 12, 2021, at 9:00 a.m.

Dated: February 16, 2021

HON. JUDGE MAXINE M. CHESNEY
United States District Judge