```
 1  DAVID L. ANDERSON (CABN 149604)
    United States Attorney
 2  SARA WINSLOW (DCBN 457643)
    Chief, Civil Division
 3  Assistant United States Attorney
        450 Golden Gate Avenue, Box 36055
 4      San Francisco, California 94102-3495
        Telephone: (415) 436-6925
 5      FAX: (415) 436-6748
        Sara.winslow@usdoj.gov
 6  Attorneys for Respondents-Defendants
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BAHENA ORTUNO, *et al.*,<br><br>　　　　　Petitioners-Plaintiffs,<br><br>　　v.<br><br>JENNINGS, *et al.*,<br><br>　　　　　Respondents-Defendants. | C 20-2064 MMC<br><br>**STIPULATION REGARDING PETITIONERS-PLAINTIFFS' MOTION TO MODIFY CONDITIONS OF RELEASE;** [PROPOSED] **ORDER** |

　　Subject to the Court's approval, Petitioners and Respondents, through their undersigned counsel of record, HEREBY STIPULATE as follows:

1. Respondents have reviewed the information provided by Petitioners in their Motion to Modify Conditions of Release (ECF 81) and supporting exhibits, as well as additional information available to Respondents regarding the history of the six Petitioners at issue.

2. Based on this review, Respondents do not oppose modification of Petitioners' conditions of release, as requested in Petitioners' motion.

3. However, Respondents request one clarification to the proposed order submitted by Petitioners at ECF 81-9.  Specifically, Respondents ask that the requested modification allowing Petitioner Mauricio Ernesto Quinteros Lopez to drive also specify that he must comply with state law.

STIPULATION; [PROPOSED] ORDER
C 20-2064 MMC

4. The parties therefore respectfully suggest that the Court vacate the hearing scheduled for March 12, 2021 and enter the proposed order that follows.

DATED: February 23, 2021

Respectfully submitted,

DAVID L. ANDERSON
United States Attorney
   /s/
SARA WINSLOW
Assistant United States Attorney
Attorneys for Respondents-Defendants

DATED:  February 23, 2021

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF SOUTHERN CALIFORNIA
   /s/
JORDAN WELLS
Attorneys for Petitioners-Plaintiffs

## [PROPOSED] ORDER

Pursuant to stipulation, IT IS HEREBY ORDERED that the March 12, 2021 hearing on Petitioners' Motion to Modify Conditions of Release is hereby vacated.

IT IS FURTHER ORDERED that:

1. The Court's earlier orders, Dkt Nos. 38, 44, 45, 46, 47, 51, 53, 54, and 71, are modified to permit Petitioners Salomon Medina Calderon, Gennady V. Lavrus, Charles Joseph, J Elias Solorio Lopez, Olvin Said Torres Murillo, and Mauricio Ernesto Quinteros Lopez to leave their respective residences, except as this permission may be limited by state or local public health orders; and

2. The order of release as to Mauricio Ernesto Quinteros Lopez, Dkt No. 54, is modified to permit him to drive a motor vehicle, provided he complies with state law.

Dated: February 25, 2021

HON. MAXINE M. CHESNEY
United States District Judge

STIPULATION; [PROPOSED] ORDER
C 20-2064 MMC